COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER ON MOTION

Case numbers:  01-12-00106-CR
01-12-00107-CR
01-12-00108-CR

Style:  *Miguel Maldonado, Appellant v. The State of Texas, Appellee*

Type of motion:  Motion for rehearing filed November 19, 2012

Party filing motion:  Appellant

It is **ordered** that the motion for rehearing is **denied**.

Judge's signature:  /s/ Jane Bland
Acting for the Court

Panel consists of Justices Bland, Massengale, and Brown.

Date:  February 26, 2013.